FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/7/26

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:26-mj-07056-ACE |
| Sergio Sanchez Mendoza | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 12, 2025___ in the county of ___Benton___ in the ___Eastern___ District of ___Washington___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Benjamin LaMothe*
Complainant's signature

Benjamin LaMothe, SA - DEA
*Printed name and title*

☑ Sworn to telephonically and signed electronically

☐ Sworn to before me and signed in my presence.

Date: ___03/07/2026___

City and state: ___Spokane Washington___

*Judge's signature*

James A. Goeke, U.S. Magistrate Judge
*Printed name and title*

AUSA: BLP          COUNTY:  BENTON