FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/7/26

SEAN F. McAVOY, CLERK

*AUSA: BLP*

*County: Benton*

*In Re:  Affidavit in Support of Criminal Complaint for Sergio Mendoza SANCHEZ*

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| Benton County | ) |

## AFFIDAVIT

I, Benjamin LaMothe, Special Agent, being first duly sworn on oath, deposes and states:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent with the Drug Enforcement Administration (DEA), duly appointed according to the law and acting as such. I have been so employed since November of 2018. As a DEA Special Agent, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, Unites States Code Section 2516.

2.    I am currently assigned to the DEA Tri-Cities Resident Office (TCRO) and have been since March of 2024. Prior to my assignment to the DEA TCRO, I was assigned to the DEA Sierra Vista Resident Office High Intensity Drug Trafficking Areas (HIDTA) Southeast Arizona Major Investigations Team (SAMIT) in Sierra Vista, Arizona beginning in June of 2019. In connection with my official duties as a Special Agent of the DEA, I am responsible for conducting

Affidavit of Special Agent LaMothe - 1                    4:26-mj-07056-ACE

investigations into violations of Title 21 of the United States Code and other federal criminal statutes. During the course of these investigations, I have been the Affiant for court ordered warrants; conducted or participated in physical and electronic surveillance; executed federal search warrants; conducted numerous debriefings of informants, cooperating defendants, and other individuals cooperating with the United States; seized and evaluated items of evidence, narcotics records, and financial documents; and reviewed, monitored, and minimized intercepted and recorded conversations.

3.    During these investigations, I have been involved in seizures of marijuana, cocaine, heroin, methamphetamine, fentanyl, and prohibited pharmaceuticals. I have assisted in the interrogation of numerous subjects/defendants involved in and/or arrested for drug and narcotics violations. I have also participated in several joint interagency federal and state investigations. I have conducted thorough background checks of targets, conducted physical surveillance, executed search warrants, monitored, and reviewed recorded conversations of drug traffickers. I have developed confidential sources and corroborated source information. Through my training and experience, including on-the-job discussions with other law enforcement agents and cooperating suspects, I am familiar with the activities of drug smugglers and drug trafficking distribution networks.

4.    Through my training and experience, I have become familiar with the manner in which drug traffickers smuggle, package, transport, store, and distribute narcotics as well as how they collect and launder drug proceeds. I am also familiar with the manner in which drug traffickers use telephones, cellular telephone technology, internet, pagers, coded communications, slang-filled conversations, false and fictitious identities, and other means to facilitate their illegal activities and mislead law enforcement investigations. During the conduct of my official

Affidavit of Special Agent LaMothe - 2                4:26-mj-07056-ACE

duties, I have assisted other law enforcement officers in preparation of various search warrants, arrest warrants and criminal complaints.

5.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents/officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

## **INVESTIGATION**

6.  On March 2, 2026, investigators obtained multiple federal search warrants for residences, vehicles, and cellular phones identified as being utilized by Amador Mendoza SANCHEZ in relation to the distribution of controlled substances. On March 3, 2026, search warrants were executed at five residences associated to the SANCHEZ Drug Trafficking Organization (DTO), to include, SANCHEZ's residence, a suspected "stash house" utilized by the DTO, and Sergio Sanchez MENDOZA's residence, which was located in Kennewick, WA.

7.  During the execution of the search warrant at SANCHEZ's residence, investigators seized bulk quantities of suspected methamphetamine (field tested presumptive positive) and suspected fentanyl (field tested presumptive positive), as well as over $200,000 in US Currency and multiple cellular phones belonging to SANCHEZ. At that time, SANCHEZ was also arrested.

8.  During the execution of the search warrant at the suspected "stash house", investigators located approximately 200 pounds of suspected methamphetamine (field tested presumptive positive), approximately 150 pounds of suspected fentanyl (field tested presumptive positive), multiple firearms, and over 2.2 million in US Currency. It should be noted much of the suspected methamphetamine seized from this residence was packaged in plastic bags which were then placed in black, WinCo brand cloth grocery-style bags that were tied at

Affidavit of Special Agent LaMothe - 3                    4:26-mj-07056-ACE

the top and that suspected fentanyl that had been repackaged for distribution was vacuum seal pouches of pre-weighed quantities.

9.     During the execution of the search warrant at MENDOZA's residence, MENDOZA was located inside. Additionally, investigators located and seized a money counter, $10,000 in US Currency, and cellular phones. Entry and exit photos/videos of MENDOZA's residence, to include the garage, were taken during the execution of the search warrant.

10.     During the execution of the search warrant on one SANCHEZ's cellular telephones, investigators located a video from approximately September 12, 2025, sent from the aforementioned cellular phone. The video is taken from the perspective of the user and initially focuses on a male (upper torso and face are out of frame) packaging bulk quantities of suspected methamphetamine into large Ziploc style bags, then placing the large ziploc style bags into black, Winco brand cloth grocery-style bags that are on a concrete floor. The male is seen wearing bright blue athletic-style shoes and pants with distinctive white threading. The male is sitting on a blue cooler and is wearing black disposable gloves. The video then pans, at which time multiple black, Winco brand cloth grocery-style bags with suspected methamphetamine are visible on a concrete floor. An unidentified female sitting on a blue cooler also packaging suspected methamphetamine also becomes visible. As the video pans, a brown in color door with metallic trim directly next to what appears to be a heating/cooling system is visible, as well as cream colored walls.

11.     Additionally, in the above video, a combination of the English language and the Spanish language is utilized. While being viewed by an investigator fluent in the Spanish language, the investigator noted that the individual taking the video, believed to be SANCHEZ, refers to the male as, "Sergio."

Affidavit of Special Agent LaMothe - 4                    4:26-mj-07056-ACE

12. In comparing this video to the entry and exit search warrant photos of MENDOZA's residence, investigators believed the video to have been taken inside the garage of MENDOZA's residence.

13. Accordingly, on March 6, 2026, investigators obtained additional federal search warrants for MENDOZA's residence. On the same date, investigators executed the search warrants, during which MENDOZA was present at the residence and detained. During the search of the residence, investigators located and seized bright blue athletic-style shoes and pants with distinctive white threading from MENDOZA's bedroom which matched those worn by the male in the aforementioned video. Additionally, investigators seized multiple black, Winco brand cloth grocery-style bags, multiple boxes of black disposable gloves, packages of vacuum sealer bags, and a vacuum sealer with suspected fentanyl residue (field tested presumptive positive for the characteristics of fentanyl). While searching the garage at MENDOZA's residence, investigators noted multiple items that matched items visible in the aforementioned video, to include a blue cooler, a leaf blower, bottles of muriatic acid, RoundUp, and Spectracide, and a black and yellow parking curb. Also, investigators noted staining patterns on the concrete floor of the garage at MENDOZA's residence matched those visible in the video.

//

//

//

//

//

//

Affidavit of Special Agent LaMothe - 5                    4:26-mj-07056-ACE

## **CONCLUSION**

14.    Based upon the above facts, I believe probable cause exists to charge Sergio Sanchez MENDOZA with Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Benjamin LaMothe_
Benjamin LaMothe, Special Agent
Drug Enforcement Administration

Sworn to telephonically and signed electronically this _7th_ day of March, 2026.

James A. Goeke
United States Magistrate Judge

Affidavit of Special Agent LaMothe - 6                    4:26-mj-07056-ACE