FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/7/26

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Sergio Sanchez Mendoza          **CASE NO.**    4:26-mj-7056-ACE

TOTAL # OF COUNTS:  1          ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §841(a)(1), (b)(1)(C) | Possession with intent to to distribute methamphetamine | CAG up to 20 years; and/or a fine not to exceed $1,000,000;  not less than 3 years up to a life term of supervised release; a $100 special penalty assessment; and, denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |