FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Deputy Attorney General of the United States
Brandon Pang
Caitlin Baunsgard
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

ECF No 12

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR SANCHEZ MENDOZA,<br>SERGIO SANCHEZ MENDOZA,<br>ELIODORO TAPIA,<br>NIKA ELOISA SALAZAR,<br>CASSAUNDRA RACHEL POLLARD,<br>and<br>ALMA ROSA SANCHEZ,<br><br>Defendants. | 4:26-CR-6013-MKD<br><br>INDICTMENT<br><br>Vio.:<br>21 U.S.C. § 846<br>Conspiracy to Distribute<br>Fentanyl and<br>Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(viii)<br>Distribution of 500 Grams<br>or More of<br>Methamphetamine<br>(Counts 2-3)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(vi), (viii)<br>Possession with Intent to<br>Distribute 400 Grams or<br>More of Fentanyl and 500<br>Grams or More of<br>Methamphetamine<br>(Count 4) |

INDICTMENT - 1

18 U.S.C. §§ 922(g)(1), 924(a)(8)
Felon in Possession of Firearms
(Counts 5-6)

21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Allegation

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by on or about July 2025 and continuing to on or about March 3, 2026, in the Eastern District of Washington, the Defendants, AMADOR SANCHEZ MENDOZA, SERGIO SANCHEZ MENDOZA, ELIODORO TAPIA, NIKA ELOISA SALAZAR, CASSAUNDRA RACHEL POLLARD, and ALMA ROSA SANCHEZ and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), both Schedule II controlled substances, and all in violation of 21 U.S.C. § 846.

INDICTMENT - 2

## COUNT 2

On or about February 9, 2026, in the Eastern District of Washington, the Defendants, AMADOR SANCHEZ MENDOZA and CASSAUNDRA RACHEL POLLARD, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about February 23, 2026, in the Eastern District of Washington, the Defendant, AMADOR SANCHEZ MENDOZA, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 4

On or about March 3, 2026, in the Eastern District of Washington, the Defendants, AMADOR SANCHEZ MENDOZA, SERGIO SANCHEZ MENDOZA, and CASSAUNDRA RACHEL POLLARD, knowingly possessed with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), and 500 grams or more of a mixture or substance containing a detectable amount methamphetamine, both Schedule II controlled substances, in violation of 21 U.S.C. §

INDICTMENT - 3

841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii).

COUNT 5

On or about March 3, 2026, in the Eastern District of Washington, the Defendant, AMADOR SANCHEZ MENDOZA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit:

- a Ruger P95, 9mm pistol, bearing serial number 318-84514;
- a MOD EA9 FT, 9mm pistol, bearing serial number AE01009;
- a Springfield Armory XD-45ACP, .45 caliber pistol, bearing serial number XD682471;
- a Springfield Armory XDS-9, 9mm pistol, bearing serial number S3823381;
- a Taurus PT 101 AFS, .40 caliber pistol, bearing serial number STB77700;
- a Ruger 57, 5.7x28mm caliber pistol, bearing serial number 641-47539;
- a Glock 43, 9mm pistol, bearing serial number AHAZ467;
- a Sig Sauer P320, 9mm pistol, bearing serial number 58J246286;
- a Smith & Wesson M&P Shield 9 Plus, 9mm pistol, bearing serial number JLC7150;
- a Glock 17 Gen 5, 9mm pistol, bearing serial number BWNB806;
- a Smith & Wesson M&P Shield 9, 9mm pistol, bearing serial number JHR3137;
- a Heckler & Koch USP Compact, .40 cal pistol, bearing serial number 26-067574;
- a Savage Quality, .32 ACP pistol, bearing serial number 8325
- a Ruger New Model Single-Six, .22 caliber pistol, bearing serial number 263-68635;
- a Smith & Wesson Bodyguard 380, .380 ACP pistol, bearing serial number KBN0832; and

INDICTMENT - 4

- a PWS Hardened Arms Model MK1 rifle, bearing serial number MK1-100741

which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 6

On or about March 3, 2026, in the Eastern District of Washington, the Defendants, ELIODORO TAPIA and NIKA ELOISA SALAZAR, each knowing of his/her status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did each knowingly possess in and affecting commerce, a firearm, to wit: a Smith and Wesson Model 642, .38 SPL+P caliber pistol, bearing serial number DPS0418, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

SERIOUS DRUG FELONY – 21 U.S.C. § 802(58)

Before AMADOR SANCHEZ MENDOZA committed the offenses as charged in Counts 1, 2, 3, and 4, AMADOR SANCHEZ MENDOZA had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Possession with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), case number 2:11-CR-00181-WFN-14, in the United States District Court for the Eastern District of Washington, for which he served a term of imprisonment of more than 12 months and was released

INDICTMENT - 5

from imprisonment within 15 years of the commencement of the instant offenses.

Before ELIODORO TAPIA committed the offense as charged in Count 1, ELIODORO TAPIA had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Importation of Methamphetamine, in violation of 21 U.S.C. §§ 952, 960, case number 3:20-CR-01275-AJB in the United States District Court for the Southern District of California, for which he served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of the commencement of the instant offense.

Before NIKA ELOISA SALAZAR committed the offense as charged in Count 1, NIKA ELOISA SALAZAR had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846, case number 2:19-CR-00384-005-CW, in the United States District Court for the District of Utah, for which she served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of the commencement of the instant offense.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. §§ 841, 846, as set forth in this Indictment, Defendants AMADOR

INDICTMENT - 6

SANCHEZ MENDOZA, SERGIO SANCHEZ MENDOZA, ELIODORO TAPIA, NIKA ELOISA SALAZAR, CASSAUNDRA RACHEL POLLARD, and ALMA ROSA SANCHEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The assets to be forfeited include, but are not limited to:

Defendants AMADOR SANCHEZ MENDOZA and ALMA ROSA SANCHEZ
- $2,259,600.00 U.S. currency;
- a Ruger P95, 9mm pistol, bearing serial number 318-84514;
- a MOD EA9 FT, 9mm pistol, bearing serial number AE01009;
- a Springfield Armory XD-45ACP, .45 caliber pistol, bearing serial number XD682471;
- a Springfield Armory XDS-9, 9mm pistol, bearing serial number S3823381;
- a Taurus PT 101 AFS, .40 caliber pistol, bearing serial number STB77700;
- a Ruger 57, 5.7x28mm caliber pistol, bearing serial number 641-47539;
- a Glock 43, 9mm pistol, bearing serial number AHAZ467;
- a Sig Sauer P320, 9mm pistol, bearing serial number 58J246286;
- a Smith & Wesson M&P Shield 9 Plus, 9mm pistol, bearing serial number JLC7150;
- a Glock 17 Gen 5, 9mm pistol, bearing serial number BWNB806;
- a Smith & Wesson M&P Shield 9, 9mm pistol, bearing serial number JHR3137;
- a Heckler & Koch USP Compact, .40 cal pistol, bearing serial number 26-067574;
- a Savage Quality, .32 ACP pistol, bearing serial number 8325;
- a Ruger New Model Single-Six, .22 caliber pistol, bearing serial number 263-68635;

INDICTMENT - 7

- a Smith & Wesson Bodyguard 380, .380 ACP pistol, bearing serial number KBN0832; and,
- a PWS Hardened Arms Model MK1 rifle, bearing serial number MK1-100741.

Defendants AMADOR MENDOZA SANCHEZ and CASSAUNDRA RACHEL POLLARD
- $210,978.00 U.S. currency

Defendant SERGIO SANCHEZ MENDOZA
- $10,000.00 U.S. currency

If any forfeitable property, as a result of any act or omission of the Defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of Firearms, as set forth in this Indictment, Defendants, AMADOR SANCHEZ MENDOZA, ELIODORO TAPIA and NIKA ELOISA SALAZAR shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to the following:

INDICTMENT - 8

Defendant AMADOR SANCHEZ MENDOZA
- a Ruger P95, 9mm pistol, bearing serial number 318-84514;
- a MOD EA9 FT, 9mm pistol, bearing serial number AE01009;
- a Springfield Armory XD-45ACP, .45 caliber pistol, bearing serial number XD682471;
- a Springfield Armory XDS-9, 9mm pistol, bearing serial number S3823381;
- a Taurus PT 101 AFS, .40 caliber pistol, bearing serial number STB77700;
- a Ruger 57, 5.7x28mm caliber pistol, bearing serial number 641-47539;
- a Glock 43, 9mm pistol, bearing serial number AHAZ467;
- a Sig Sauer P320, 9mm pistol, bearing serial number 58J246286;
- a Smith & Wesson M&P Shield 9 Plus, 9mm pistol, bearing serial number JLC7150;
- a Glock 17 Gen 5, 9mm pistol, bearing serial number BWNB806;
- a Smith & Wesson M&P Shield 9, 9mm pistol, bearing serial number JHR3137;
- a Heckler & Koch USP Compact, .40 cal pistol,  bearing serial number 26-067574;
- a Savage Quality, .32 ACP pistol, bearing serial number 8325;
- a Ruger New Model Single-Six, .22 caliber pistol, bearing serial number 263-68635;
- a Smith & Wesson Bodyguard 380, .380 ACP pistol, bearing serial number KBN0832; and,
- a PWS Hardened Arms Model MK1 rifle, bearing serial number MK1-100741.

INDICTMENT - 9

Defendants ELIODORO TAPIA and NIKA ELOISA SALAZAR
- a Smith and Wesson Model 642, .38 SPL+P caliber pistol, bearing serial number DPS0418.

DATED this 18 day of March 2026.

A TRUE BILL



Todd Blanche
Deputy Attorney General

Alison Gregoire
Criminal Chief

Brandon Pang
Assistant United States Attorney

INDICTMENT - 10